# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| ROBERT DANIEL IMBUSCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. CV-05-S-1271-NE |
| | ) |
| WYETH PHARMACEUTICALS, | ) |
| INC., and AMGEN, INC. | ) |
| | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in the above-captioned action jointly stipulate that all claims, counterclaims, and/or defenses asserted in this proceeding are hereby withdrawn and dismissed with prejudice, with each party to bear its own costs and attorneys fees.

Respectfully submitted this 30 day of August, 2006.

By: _____
Russell Jackson Drake
Nicola T. Drake
WHATLEY DRAKE & KALLAS, LLC
2323 2nd Avenue North
Birmingham, AL 35203
Phone: (205) 328-9576
Fax:     (205) 328-9669


*Counsel for Plaintiff, Robert Daniel Imbusch*

1

\\\BA - 058360/000141 - 212708 v1

By: /s/ *[signature]*
Fournier J. Gale, III (GAL004)
Maibeth J. Porter (POR003)
Thomas W. Thagard, III (THA006)
MAYNARD, COOPER & GALE, P.C.
Attorneys at Law
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
Phone: (205) 254-1000
Fax: (205) 254-1999

*Attorneys for Defendants,*
*Wyeth Pharmaceuticals Inc. and*
*Amgen Inc.*

OF COUNSEL:

Mark D. Gately (admitted *Pro Hac Vice*)
Lauren S. Colton (admitted *Pro Hac Vice*)
HOGAN & HARTSON L.L.P.
111 South Calvert Street
Baltimore, Maryland 21202
Telephone: (410) 659-2700
Telecopier: (410) 539-6981

Michael L. Kidney (admitted *Pro Hac Vice*)
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5883
Telecopier: (202) 637-5910

*Counsel for Defendant Amgen Inc.*

\\\BA - 058360/000141 - 212708 v1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following counsel of record to this proceeding via electronic filing and by placing a copy of same in the United States Mail, properly addressed and postage prepaid this 30 day of August, 2006:

> Mr. Russell Jackson Drake
> Mr. Nicola T. Drake
> WHATLEY DRAKE & KALLAS, LLC.
> P. O. Box 10647
> 2323 Second Avenue, North
> Birmingham, Alabama 35203

/s/ _____
OF COUNSEL